■ In the Matter of ACTION ELECTRICAL CONTRACTORS Co., INC., Petitioner, v HARRISON J. GOLDIN, as Comptroller of the City of New York, et al., Respondents.—Upon remittitur from the Court of Appeals, this transferred article 78 proceeding seeking review of a determination of respondent Comptroller dated October 17, 1983, is unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur —Murphy, P. J., Sullivan, Ross and Asch, JJ.

■ EMIL MILLAND, Formerly Known as EMIL MIRONESCU, et al., Plaintiffs, v GOODYEAR TIRE & RUBBER Co. et al., Defendants. DANIEL SUNSHINE et al., Appellants, v JOHN J. CIOFFI et al., Respondents.—Appeal from order, Supreme Court, Bronx County (Adolph Orlando, J.), entered on or about August 13, 1984, unanimously dismissed as nonappealable. Had we reached the merits we would have affirmed. Respondents shall recover of appellants $75 costs and disbursements of this appeal. No opinion. Concur—Carro, J. P., Asch, Fein, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAD HILL, Appellant.—Judgment, Supreme Court, Bronx County (Rena Uviller, J.), rendered on April 19, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Carro, J. P., Asch, Fein, Milonas and Rosenberger, JJ.